# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JONATHAN E. PARKS , *Plaintiff* v. PROPERTY SERGEANT ADAMS, ET AL *Defendant* | ) ) ) ) ) Civil Action No. 2:13-cv-00364-JPH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is DISMISSED for failure to state claims under 42 U.S.C. § 1983 upon which relief may be granted in this Court, but WITHOUT PREJUDICE to filing an appropriate tort claim or petition in state court. This dismissal is pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: May 21, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia